141 So.2d 209

**Herbert B. CARMACK**

v.

**STATE.**

**6 Div. 842.**

Supreme Court of Alabama.

May 10, 1962.

Herbert B. Carmack, pro se.

Certiorari to Court of Appeals.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Herbert B. Carmack for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Carmack v. State, 141 So.2d 208 (6 Div. 861).

Writ denied.

GOODWYN, MERRILL and COLEMAN, JJ., concur.

143 So.2d 620

**Herbert B. CARMACK**

v.

**STATE.**

**3 Div. 15.**

Supreme Court of Alabama.

July 26, 1962.

Certiorari to Court of Appeals.

Herbert B. Carmack, pro se.

MacDonald Gallion, Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Herbert B. Carmack for certiorari to the Court of Appeals to review its judgment and decision in Carmack v. State, 143 So.2d 620 (3 Div. 114).

Writ denied.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

143 So.2d 190

**Cecil CHAVERS**

v.

**STATE.**

**7 Div. 584.**

Supreme Court of Alabama.

July 12, 1962.

Certiorari to Court of Appeals.

Hinton & Torbert, Gadsden, for petitioner.

MacDonald Gallion, Atty. Gen., Bernard F. Sykes, Asst. Atty. Gen., and Roy E. Hicks, Legal Research Aide, Montgomery, opposed.

MERRILL, Justice.

Petition of Cecil Chavers for certiorari to the Court of Appeals to review and revise the judgment and decision in Chavers v. State, Ala.App., 143 So.2d 187 (7 Div. 682).

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.